IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RICKEY D. MOORER,** : | |
| : | |
|    **Claimant** : | |
| : | |
|      v. : | 5:01-CV-223 (WDO) |
| : | |
| **Jo Anne Barnhart, Commissioner** : | |
| **of Social Security,** : | |
| : | |
|    **Defendant** : | |

ORDER

On March 23, 2005, the Court ordered the Claimant, who is proceeding pro se, to file his appellate brief no later than April 22, 2005. On May 3, 2005, the Court ordered the Claimant to show cause why he has failed to file the appellate brief. Claimant has failed to show cause for his failure to file the brief, or to file any response whatsoever. Accordingly, this appeal is DISMISSED FOR FAILURE TO PROSECUTE.

SO ORDERED this 7th day of July, 2005.

S/Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE